# First District Court of Appeal
## State of Florida

_____

No. 1D17-2362

_____

CITY OF WEST PALM BEACH and
CORVEL CORPORATION,

   Appellants,

   v.

RICHARD HALSEY,

   Appellee.

_____


On appeal from an order of the Judge of Compensation Claims.
Mary A. D'Ambrosio, Judge.

Date of Accident:  February 14, 2011.

May 2, 2018

PER CURIAM.

   AFFIRMED.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Micheal A. Edwards, West Palm Beach, for Appellants.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellee.